MANDATE

S.D.N.Y.-N.Y.C.
07-cv-7559
Wood, C.J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 12th day of Oct. , two thousand seven,

Present:

Hon. Robert A. Katzmann,
Hon. Debra Ann Livingston,
*Circuit Judges,*
Hon. Edward R. Korman,*
*District Judge.*

FILED
OCT 12 2007
Catherine O'Hagan Wolfe, Clerk
UNITED STATES COURT OF APPEALS
SECOND CIRCUIT

---

Herman McMillan,

*Petitioner,*

v.

John Burges, Superintendent,

*Respondent.*

07-3890-op

---

Petitioner requests an order authorizing the United States District Court for the Southern District of New York to consider a successive 28 U.S.C. § 2254 petition. Upon due consideration, it is hereby ORDERED that the application is DENIED because Petitioner has not satisfied the criteria set forth in 28 U.S.C. § 2244(b). Contrary to Petitioner's repeated insistence in this and other cases, this Court has never vacated or reversed his 1990 Bronx County convictions, and he remains legally confined.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

OCT 12 2007

By: *Lucille Carr*

---

*The Honorable Edward R. Korman, District Judge of the United States District Court for the Eastern District of New York, sitting by designation.

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by *Gislaine Phillys*

Deputy Clerk

Issued as Mandate: NOV 2 2007

S.D.N.Y.-N.Y.C.
07-cv-7559
Wood, C.J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 12th day of *Oct*, two thousand seven,

Present:

> Hon. Robert A. Katzmann,
> Hon. Debra Ann Livingston,
> > *Circuit Judges,*
> Hon. Edward R. Korman,*
> > *District Judge.*



---

Herman McMillan,

> *Petitioner,*

v.

John Burges, Superintendent,

> *Respondent.*

07-3890-op

---

Petitioner requests an order authorizing the United States District Court for the Southern District of New York to consider a successive 28 U.S.C. § 2254 petition. Upon due consideration, it is hereby ORDERED that the application is DENIED because Petitioner has not satisfied the criteria set forth in 28 U.S.C. § 2244(b). Contrary to Petitioner's repeated insistence in this and other cases, this Court has never vacated or reversed his 1990 Bronx County convictions, and he remains legally confined.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By: *Lucille Carr*

OCT 1 2 2007

---

*The Honorable Edward R. Korman, District Judge of the United States District Court for the Eastern District of New York, sitting by designation.

SAO-MWG



THE MANDATE, CONSISTING OF
ITEMS BELOW, HAS BEEN RECEIVED
( ) OPINION ( ) STATEMENT OF COSTS
( ) ORDER
RECEIVED BY:_____ DATE_____